IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLEOPATRA JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:04-cv-692-F ) (WO) |
| SONIC AUTOMOTIVE, INC. and SONIC-MONTGOMERY FLM, INC., dba Friendly Ford Lincoln Mercury, | ) ) ) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order issued this day, it is the ORDER, JUDGMENT, and DECREE of the Court that:

(1) Judgment be and is hereby entered in favor of the Defendant and against the Plaintiff; and

(2) Costs are taxed against Plaintiff for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 28th day of July, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE